**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>       v.<br><br>SAMUEL LOPEZ MARROQUIN,<br>PATRICIA ARENAS,<br><br>                                Defendants. | Case No. 14-cr-1810-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br><br>**[ECF No. 37]** |

   Pending before the Court is the Government's motion to dismiss the indictment. (ECF No. 37.)  Having read the moving papers, and good cause appearing, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** Defendants Samuel Lopez Marroquin and Patricia Arenas.

   **IT IS SO ORDERED.**

**DATED: November 20, 2014**

*Cynthia Bashant*
**Hon. Cynthia Bashant
United States District Judge**